# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

President: Jeffrey Martin, Of the U.S.A:

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                    ,

[insert your name and social security number]          :

            Plaintiff,          :

        v.          :

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COMPLAINT**

# 17CV 944

____ Civ. _____ (    )

RECEIVED

FEB 07 2017

U.S.D.C.
WP

2017 FEB -8  PM 1:22
RECEIVED SDNY PRO SE OFFICE

Plaintiff respectfully alleges:

1.  This is an action seeking court review of the decision of the Commissioner of Social Security pursuant to section 205(g) and/or section 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and/or 1383(c)(3).

2.  Plaintiff resides at  651 West 168TH St. N.Y. Manhattan N.Y. 10032                    .

3.  Defendant is the Commissioner of Social Security.

4.  Plaintiff became entitled to receive disability insurance benefits and/or Supplemental Security Income benefits because of the following disability _____

_____

_____

5.  The disability began on this date: _____.

6. The Social Security Administration disallowed plaintiff's application for disability insurance benefits and/or Supplemental Security Income benefits.

7. Subsequently, plaintiff requested a hearing, and on _____ [date of hearing], a hearing was held, and the Administrative Law Judge denied plaintiff's claim on _____ [date of ALJ decision].

8. Thereafter, plaintiff requested a review by the Appeals Council, and after its consideration, on _____ [date of Appeals Council letter], the Appeals Council denied the request for review, making the Administrative Law Judge's decision the "final decision" of the Commissioner, subject to judicial review pursuant to 42 U.S.C. § 405(g) and/or § 1383(c)(3). Plaintiff received this letter on _____ [date of receipt of letter]. **IMPORTANT: ATTACH A COPY OF THE APPEAL COUNCIL'S LETTER TO THE COMPLAINT.**

9. The decision of the Administrative Law Judge was erroneous, not supported by substantial evidence in the record, and/or contrary to law.

**WHEREFORE**, plaintiff respectfully requests that:

(a) A summons be issued directing defendant to appear before the Court;

(b) Defendant be ordered to submit a certified copy of the administrative record, including the evidence upon which the findings and decisions complained of are based;

(c) Upon such record, this Court modify the decision of the defendant to grant plaintiff maximum monthly disability insurance benefits and/or Supplemental Security Income benefits,

retroactive to the date of initial disability, or in the alternative, remand the case to the

Commissioner of Social Security for reconsideration of the evidence; and

    (d)  The Court grant such other and further relief as may be just and proper.


Dated: Manhattan , New York
     [insert city]

    2-7- , 20 17
    [insert date]

_____
Plaintiff's Signature

(646) 944-1368, Cell Phone
Area Code and Telephone

RECEIVED
FEB 07 2017
U.S.D.C.
WP

PRO SE UNIT

Charles L. Brieant

United States Courthouse

Southern District of New York

300 Quarropas Street

White Plains, N.Y. 10601

President of the United States of America, Jeffrey Martin,.

Case # _____ cv _____ (    )

against

Letter re: _____

Acting President: Donald Trump,.

What I'm about too say is factual, in my writing, and the people I'm mentioning in my writing, will verify is too be factual. I'm president, owner, and creator, of the United states of America,. This acting president Donald Trump, will verify too be factual, by viewing this information through the computer. I support every government with my reserves too every treasury in every government i created. I also, pay every staffe member in every government, federal and states, Salary from my personnel accounts. This is recorded as well. I filed legal papers too federal and states, personnel, from at the time of him being, acting President, Obama, on down in United states law enforcement, being that at that time acting President, Obama, was residing in my seat, and i'm his superior officer on down in United states law enforcement. Now it's acting president, Donald Trump residing in my seat. At that time acting president, Obama, was residing in my seat. And i haven't received a reply from none of those law enforcement entitys as of this date.

Your MAGistrate, i receive SUPPLEMENTAL Security INCOME. I also, supple too myself. I also, live in the shelter system that i own. I didn't receive my benefits for December of 2016, January of 2017, and february of 2017, the supervisor at my feild offices stated that being that i live in the shelter system, the shelter owners are seeing too my every Needs. that Not a Criteria of the government too governing those building under. It's an embezzelling scam going on in the social security offices throughout the five boroughs and Westchester Countys. I called the social security fraud investigator (7) seven times at (1-800-269-0271, and i haven't received a call from them stating that a investigating will take places. Your MAGistrate, I would like a Conference with your on this matter, I would like too speak with the five MAGistrate in Washington so we can at lease clear this all up.