Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

President of the U.S.A. Jeffrey Martin
Write the full name of each plaintiff or petitioner.

Case No. 17 CV 00944

-against-

Acting President: Donald Trump

Letter re: _____

Write the full name of each defendant or respondent.

Jugde Preska, I'm the reason why youer in Offices. As well as the severe Magistrates in Washington, D.C.. All I'm requesting, for is the property ownership papers, from the computer, on who own the United States of America, Between 1 President Jeffrey Martin, or acting President Donald Trump.

4/11/2017
Dated

Signature

President. MR. Jeffrey Martin
Name

NONe
Prison Identification # (if incarcerated)

651 West 168th st
Address

Manhattan
City

N.Y.
State

10032
Zip Code

(646) 944-1368) cell Phone
Telephone Number (if available)

E-mail Address (if available)