Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Mr. President of the U.S.A. Jeffrey Martin

---

Write the full name of each plaintiff or petitioner.

Case No. 17 cv 0944

-against-

Acting President: Donald Trump   Letter re: _____

---

Write the full name of each defendant or respondent.

Everything i file with your office, is factual, i can't beleive everytime i file, i request that you prove this too me in person the way youer suppose too. But in stead you take the liberty too dismiss my claim, without following the criterias of the laws that i'm the superior officer of, that i ceanted. I ⊕ request that i be given the right by law too have you prove too me that i'm the owner of the U.S.A. by showing me the property ownership papers, that i request. that you suppose too prove too me in person, and stop denieing me the request that im requesting as your superior officer's of. I request that you call me too your office and prove this too me IN person, by laws. And stop dismissing my claim, without proving it,

4/14/2017
Dated                              Signature

Mr. President of the U.S.A. Jeffrey Martin,        NONE
Name                                      Prison Identification # (if incarcerated)

65 W 168 TH St          Manhattan        N.Y.      10032
Address                         City              State      Zip Code

(646) 944-4368
Telephone Number (if available)        E-mail Address (if available)